# United States Bankruptcy Court
## Western District of Washington

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gen Con LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**75-3056980** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**120 Lakeside Ave #100**<br>**Seattle, WA**   ZIP Code **98122** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Shelly Crocker 21232 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gen Con LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)     (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Gen Con LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Shelly Crocker
Signature of Attorney for Debtor(s)

**Shelly Crocker 21232**
Printed Name of Attorney for Debtor(s)

**Crocker Kuno PLLC**
Firm Name

**720 Olive Way #1000**
**Seattle, WA 98101**

Address

**206-624-9894  Fax: 206-624-8598**
Telephone Number

**February 15, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Adrian Swartout
Signature of Authorized Individual

**Adrian Swartout**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 15, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# CERTIFICATE OF ADOPTION
# OF CORPORATE RESOLUTION

I, Peter Adkison, declare under penalty of perjury that I am the Manager of Gen Con LLC, a Washington limited liability company, and that on December 21, 2007, the following resolution was duly adopted by the sole Member of the company.

"Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Adrian Swartout, President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Adrian Swartout, President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Adrian Swartout, President of this Company, is authorized and directed to employ Shelly Crocker, attorney, and the law firm of Crocker Kuno PLLC to represent the Company in such bankruptcy case."

DATED this 21 day of December, 2007.

GEN CON LLC

_____
Peter Adkison, Manager

# MEMBER CONSENT
# CORPORATE RESOLUTION

I, Peter Adkison, the sole member of Gen Con LLC, a Washington limited liability company, in accordance with paragraph 8.2 of the Limited Liability Company Agreement dated May 15, 2002, hereby adopt the following resolutions:

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Adrian Swartout, President of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Adrian Swartout, President of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Adrian Swartout, President of this Company, is authorized and directed to employ Shelly Crocker, attorney, and the law firm of Crocker Kuno PLLC to represent the Company in such bankruptcy case.

DATED this 21 day of December, 2007.

GEN CON LLC

_____
Peter Adkison, Member

# United States Bankruptcy Court
## Western District of Washington

In re **Gen Con LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Geo. E. Fern Co.** 1500 Old Leonard Ave Columbus, OH 43219-2509 | **Geo. E. Fern Co.** 1500 Old Leonard Ave Columbus, OH 43219-2509 | **SWCIV Decor** | | 748,956.81 |
| **John Jordan Loan** 1122 E Pike St #692 Seattle, WA 98122 | **John Jordan Loan** 1122 E Pike St #692 Seattle, WA 98122 | | | 542,971.03 |
| **Hasbro Inc** POB 281480 Atlanta, GA 30384-1480 | **Hasbro Inc** POB 281480 Atlanta, GA 30384-1480 | | | 431,055.00 |
| **Lucasfilm Ltd** POB 29901 San Francisco, CA 94129-0905 | **Lucasfilm Ltd** POB 29901 San Francisco, CA 94129-0905 | **Hyperspace/Royalty/Advance** | | 284,099.32 |
| **Thomas DesBrisay Loan** 1716 Victoria Ave SW Seattle, WA 98126 | **Thomas DesBrisay Loan** 1716 Victoria Ave SW Seattle, WA 98126 | | | 211,601.67 |
| **Make A Wish Foundation** 3550 North Central AVE Suite 300 Phoenix, AZ 85012-2127 | **Make A Wish Foundation** 3550 North Central AVE Suite 300 Phoenix, AZ 85012-2127 | **CIV Charity Action Proceeds** | | 148,562.13 |
| **Los Angeles Convention Ctr** 1201 S Figueroa St Los Angeles, CA 90015 | **Los Angeles Convention Ctr** 1201 S Figueroa St Los Angeles, CA 90015 | | | 148,342.50 |
| **Westin Bonaventure Hotel** 4004 S Figueroa St Los Angeles, CA 90071 | **Westin Bonaventure Hotel** 4004 S Figueroa St Los Angeles, CA 90071 | **attrition/unpaid conference charges** | | 140,401.69 |
| **The Biltmore Hotel** 506 S Grand Ave Los Angeles, CA 90071-2602 | **The Biltmore Hotel** 506 S Grand Ave Los Angeles, CA 90071-2602 | | | 138,623.85 |
| **Board of Equalization** POB 942879 Sacramento, CA 94279-7070 | **Board of Equalization** POB 942879 Sacramento, CA 94279-7070 | **Sales Tax** | | 131,636.18 |
| **Hidden City Games** 120 Lakeside Ave Seattle, WA 98122 | **Hidden City Games** 120 Lakeside Ave Seattle, WA 98122 | **(Asmodee) Loan** | | 125,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Gen Con LLC**            Case No.       

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 15, 2008**          Signature   **/s/ Adrian Swartout**
                                                                                      **Adrian Swartout**
                                                                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re **Gen Con LLC**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **50,000.00** |
   | Prior to the filing of this statement I have received | $ **50,000.00** |
   | Balance Due | $ **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, contested relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **February 15, 2008**

/s/ Shelly Crocker
**Shelly Crocker 21232**
**Crocker Kuno PLLC**
**720 Olive Way #1000**
**Seattle, WA 98101**
**206-624-9894  Fax: 206-624-8598**

## United States Bankruptcy Court
### Western District of Washington

In re    **Gen Con LLC**             ,     Case No. _____

                             Debtor            Chapter     **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Adkison**<br>**120 Lakeside Ave  #100**<br>**Seattle, WA 98126** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     **February 15, 2008**              Signature    **/s/ Adrian Swartout**

                                                                                     **Adrian Swartout**
                                                                                     **President**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                         18 U.S.C §§  152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re  **Gen Con LLC**                                                    Case No.
                                    Debtor(s)                             Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 15, 2008**                    **/s/ Adrian Swartout**
                                                **Adrian Swartout**/**President**
                                                Signer/Title

ADAM'S MARK HOTELS
2544 EXECUTIVE DR
INDIANAPOLIS, IN 46240


ALLEN MAXWELL & SILVER, INC.
190 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632


ANAHEIM/ORANGE COUNTY
VISITORS & CONVENTION BUREAU
800 KATELLA AVE
ANAHEIM, CA 92803-4270


BEST WESTERN
410 S MISSOURI STREET
INDIANAPOLIS, IN 46225


BOARD OF EQUALIZATION
POB 942879
SACRAMENTO, CA 94279-7070


CALIFORNIA FRANCHISE TAX BOARD
POB 942857
SACRAMENTO, CA 94257-0601


CANTERBURY HOTEL
123 SOUTH ILLINOIS ST
INDIANAPOLIS, IN 46225


CAPITAL IMPROVEMENT BOARD
100 S CAPITOL AVE
INDIANPOLIS, IN 46225


CAPITAL IMPROVEMENT BOARD
OF MANAGERS OF MARION COUNTY
100 SOUTH CAPITAL AVENUE
INDIANAPOLIS, IN 46225-1071


COMFORT SITES
INDIANAPOLIS CITY CENTRE
519 S WEST STREET
INDIANAPOLIS, IN 46225

CONRAD INDIANAPOLIS HOTEL
50 WEST WASHINGTON ST
INDIANAPOLIS, IN 46204


CONVENTION MANAGEMENT RESOURCE
33 NEW MONTGOMERY ST #1420
SAN FRANCISCO, CA 94105


COURTYARD BY MARIOTT DOWNTOWN
501 W WASHINGTON
INDIANAPOLIS, IN 46204


COURTYARD BY MARRIOTT CAPITAL
320 N SENATE AVENUE
INDIANAPOLIS, IN 46204


CROWNE PLAZA HOTEL
123 WEST LOUISANA ST
INDIANAPOLIS, IN 46225


DAVID B. BLOOM
3580 WILSHIRE BLVD, STE 1045
LOS ANGELES, CA 90010


EMBASSY SUITES HOTEL
110 WEST WASHINGTON ST
INDIANAPOLIS, IN 46204


FIRST PRIVATE BANK & TRUST
C/O ADAM G. SNYDER
INSLEE BEST
777 - 108TH AVE NE #1900
BELLEVUE, WA 98009-9016


GEO. E. FERN CO.
1500 OLD LEONARD AVE
COLUMBUS, OH 43219-2509


HAMPTON INN DOWNTOWN
105 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46225


HASBRO INC
POB 281480
ATLANTA, GA 30384-1480

HIDDEN CITY GAMES
120 LAKESIDE AVE
SEATTLE, WA 98122


HILTON GARDEN INN
10 EAST MARKET
INDIANAPOLIS, IN 46204


HILTON INDIANAPOLIS
120 WEST MARKET ST
INDIANAPOLIS, IN 46204


HOLIDAY INN EXPRESS
410 SOUTH MISSOURI ST
INDIANAPOLIS, IN 46225


HOLIDAY INN SELECT
2501 SOUTH HIGH SCHOOL RD
INDIANAPOLIS, IN 46241


HYATT HOTELS & RESORTS
ONE SOUTH CAPITAL AVE
INDIANAPOLIS, IN 46204


INDIANA CONVETION CENTER
1000 SOUTH CAPITAL AVENUE
INDIANAPOLIS, IN 46225


INDIANA DEPARTMENT OF REVENUE
POB 7218
INDIANAPOLIS, IN 46207-7218


INDIANAOPLIS MARRIOTT DOWNTOWN
350 WEST MARYLAND ST
INDIANAPOLIS, IN 46225


ISSG
POB 33547
GRANADA HILLS, CA 91394


JOHN JORDAN LOAN
1122 E PIKE ST #692
SEATTLE, WA 98122

LESCHI PARTNERS LLP
C/O DAVIS WRIGHT TREMAINE
ATTN: A. PETER PARSONS
1501 4TH AVE, STE 2600
SEATTLE, WA 98101


LGC ASSOCIATES LLC
POB 931974
CLEVELAND, OH 44193


LOS ANGELES CONVENTION CTR
1201 S FIGUEROA ST
LOS ANGELES, CA 90015


LUCASFILM LTD
POB 29901
SAN FRANCISCO, CA 94129-0905


MAKE A WISH FOUNDATION
3550 NORTH CENTRAL AVE
SUITE 300
PHOENIX, AZ 85012-2127


OMNI SEVERIN HOTELS
40 WEST JACKSON PLACE
INDIANAPOLIS, IN 46225


PETER ADKISON
120 LAKESIDE AVE #100
SEATTLE, WA 98126


PHILLIPS ERLEWINE & GIVEN LLP
50 CALIFORNIA ST, 35TH FLOOR
SAN FRANCISCO, CA 94111


RA CONSULTING
2700 N MAIN ST #1070
SANTA ANA, CA 92705


RADISSON HOTEL CITY CENTRE
31 WEST OHIO ST
INDIANAPOLIS, IN 46204

RAMADA INDIANAPOLIS AIRPORT
5601 FORTUNE CIRCLE WEST
INDIANAPOLIS, IN 46241


REACTION AUDIO VISUAL, LLC
9951 MUIRLANDS
IRVINE, CA 92618


SANDY B. GARFINKEL
ECKERT SEAMONS
US STEEL TOWER
600 GRANT STREET, 44TH FLOOR
PITTSBURGH, PA 15219


STAYBRIDGE SUITES
INDIANAPOLIS CITY CENTRE
535 S WEST STREET
INDIANAPOLIS, IN 46225


THE BILTMORE HOTEL
506 S GRAND AVE
LOS ANGELES, CA 90071-2602


THE HILTON FAMILY
HOMWEOOD SUITES INDIANAPOLIS


THE ONION
ATTTN: ACCOUNTS RECEIVABLE
551 W MAIN ST
MADISON, WI 53703


THE WESTIN
50 SOUTH CAPITOL AVENUE
INDIANAPOLIS, IN 46204


THOMAS DESBRISAY LOAN
1716 VICTORIA AVE SW
SEATTLE, WA 98126


WALT DISNEY WORLD CO
WDE MAINGATE
POB 10000
LAKE BUENA VISTA, FL 32830

B4 (Official Form 4) (12/07) - Cont.

In re **Gen Con LLC** Case No.
　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Indiana Department of Revenue<br>POB 7218<br>Indianpolis, IN 46207-7218 | Indiana Department of Revenue<br>POB 7218<br>Indianapolis, IN 46207-7218 | sales and income taxes | Disputed | 116,858.70 |
| RA Consulting<br>2700 N Main St #1070<br>Santa Ana, CA 92705 | RA Consulting<br>2700 N Main St #1070<br>Santa Ana, CA 92705 | | | 89,036.00 |
| First Private Bank & Trust<br>c/o Adam G. Snyder<br>Inslee Best<br>777 - 108th Ave NE #1900<br>Bellevue, WA 98009-9016 | First Private Bank & Trust<br>c/o Adam G. Snyder<br>Inslee Best<br>Bellevue, WA 98009-9016 | First Private Bank & Trust v. Gen Con, LLC, King County Superior Court No. 07-2-32633-2SEA | | 74,250.00 |
| Capital Improvement Board<br>100 S Capitol Ave<br>Indianpolis, IN 46225 | Capital Improvement Board<br>100 S Capitol Ave<br>Indianpolis, IN 46225 | Marion County admission | | 31,356.68 |
| LGC Associates LLC<br>POB 931974<br>Cleveland, OH 44193 | LGC Associates LLC<br>POB 931974<br>Cleveland, OH 44193 | | | 31,175.61 |
| Convention Management Resource<br>33 New Montgomery St #1420<br>San Francisco, CA 94105 | Convention Management Resource<br>33 New Montgomery St #1420<br>San Francisco, CA 94105 | | | 30,035.00 |
| Walt Disney World Co<br>WDE Maingate<br>POB 10000<br>Lake Buena Vista, FL 32830 | Walt Disney World Co<br>WDE Maingate<br>POB 10000<br>Lake Buena Vista, FL 32830 | | | 29,368.00 |
| California Franchise Tax Board<br>POB 942857<br>Sacramento, CA 94257-0601 | California Franchise Tax Board<br>POB 942857<br>Sacramento, CA 94257-0601 | Taxes | | 24,430.00 |
| The Onion<br>Atttn: Accounts Receivable<br>551 W Main St<br>Madison, WI 53703 | The Onion<br>Atttn: Accounts Receivable<br>551 W Main St<br>Madison, WI 53703 | | | 22,710.53 |

```
                    WESTIN BONAVENTURE HOTEL
                    4004 S FIGUEROA ST
                    LOS ANGELES, CA 90071
```

# United States Bankruptcy Court
## Western District of Washington

In re **Gen Con LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gen Con LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Peter Adkison**
**120 Lakeside Ave #100**
**Seattle, WA 98126**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 15, 2008** | **/s/ Shelly Crocker** |
| Date | **Shelly Crocker 21232** |
| | Signature of Attorney or Litigant |
| | Counsel for **Gen Con LLC** |
| | **Crocker Kuno PLLC** |
| | **720 Olive Way #1000** |
| | **Seattle, WA 98101** |
| | **206-624-9894 Fax:206-624-8598** |