# Gen Con LLC
## Indy and General and Administrative combined

| Gen Con (Indy & G & A) | Wisc '03 and Fisc G&A '03 | % of sales | Indy '04 and Fisc G&A '04 | % of sales | 03 to '04 | Indy '05 and Fisc G&A '05 | % of sales | 04 to '05 | Indy '06 and Fisc G&A '06 | % of sales | 05 to '06 | Indy '07 and Fisc G&A '07 | % of sales | 06 to '07 | Total Budget 2008 | % of sales | 07 to '08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | | | | |
| 4101 · Admissions Revenue | 825,715.46 | 35% | 900,994.66 | 35% | 8% | 904,938.02 | 36% | 0% | 1,114,796.69 | 40% | 19% | 1,284,170.80 | 40% | 13% | 1,365,331.00 | 43% | 6% |
| 4102 · Booth Space Rental | 859,509.98 | 37% | 895,451.30 | 35% | 4% | 1,201,112.29 | 48% | 25% | 1,298,717.85 | 47% | 8% | 1,410,365.85 | 44% | 8% | 1,081,525.00 | 34% | -30% |
| 4103 · Events Revenues | 194,318.07 | 8% | 194,255.20 | 8% | 0% | 216,915.33 | 9% | 10% | 275,463.75 | 10% | 21% | 219,568.77 | 7% | -25% | 290,631.00 | 9% | 24% |
| 4104 · Hotel Rebates | 98,411.44 | 4% | 129,176.00 | 5% | 24% | 124,520.55 | 5% | -4% | 132,866.90 | 5% | 6% | 161,947.31 | 5% | 18% | 140,597.00 | 4% | -15% |
| 4106 · Merchandise | 47,294.41 | 2% | 43,487.05 | 2% | -9% | 39,126.00 | 2% | -11% | 0.00 | 0% | 0% | 8,685.50 | 0% | 100% | 50,017.23 | 2% | 83% |
| 4107 · Sponsorship Non-Booth Revenues | 253,625.00 | 11% | 254,930.00 | 10% | 1% | 214,800.00 | 9% | -19% | 186,566.50 | 7% | -15% | 246,120.00 | 8% | 24% | 175,264.00 | 6% | -40% |
| 4108 · Advertising Revenues | 33,600.00 | 1% | 64,750.00 | 3% | 48% | 52,800.00 | 2% | -23% | 55,500.00 | 2% | 5% | 49,650.00 | 2% | -12% | 30,300.00 | 1% | -64% |
| Total 4109 · Art Show Revenue | 24,910.93 | 1% | 27,312.52 | 1% | 9% | 32,286.21 | 1% | 15% | 34,641.84 | 1% | 7% | 32,452.34 | 1% | -7% | 33,511.98 | 1% | 3% |
| 4110 · Exhibitor Badges | 32,684.00 | 1% | 44,210.00 | 2% | 26% | 21,990.00 | 1% | -101% | 36,185.00 | 1% | 39% | 41,879.00 | 1% | 14% | 42,135.00 | 1% | 1% |
| 4111 · NSF Check Charges | 205.00 | 0% | 200.00 | 0% | -3% | 70.00 | 0% | -186% | (1,188.50) | 0% | 106% | (1,467.20) | 0% | 19% | 0.00 | 0% | 0% |
| 4112 · Other Income | (18,330.01) | -1% | 2,355.55 | 0% | 878% | 60.48 | 0% | -3795% | 4,544.83 | 0% | 99% | 18,061.50 | 1% | 75% | 10,017.51 | 0% | -80% |
| 4114 · Early Pay Discounts | 0.00 | 0% | 0.00 | 0% | 0% | (292,860.00) | -12% | 100% | (373,058.50) | -13% | 21% | (276,882.00) | -9% | -35% | (65,335.00) | -2% | -324% |
| Total 4115 · Author's Avenue Revenue | 0.00 | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 980.24 | 0% | 100% | 1,200.00 | 0% | 18% | 2,864.00 | 0% | 58% |
| **Total Income** | 2,351,944.28 | 100% | 2,557,122.28 | 100% | 8% | 2,515,758.88 | 100% | -2% | 2,766,016.60 | 100% | 9% | 3,195,751.87 | 100% | 13% | 3,156,858.72 | 100% | -1% |
| **Total Costs** | 12,640.25 | 1% | 27,326.56 | 1% | 54% | 28,020.27 | 1% | 2% | 0.00 | 0% | 0% | 56,741.73 | 2% | 100% | 38,014.00 | 1% | -49% |
| **Gross Profit** | 2,339,304.03 | 99% | 2,529,795.72 | 99% | 8% | 2,487,738.61 | 99% | -2% | 2,766,016.60 | 100% | 10% | 3,139,010.14 | 98% | 12% | 3,118,844.72 | 99% | -1% |
| Labor related costs | 1,135,559.29 | 48% | 968,533.56 | 38% | -17% | 1,381,420.67 | 55% | 30% | 1,744,713.93 | 63% | 21% | 2,210,656.30 | 69% | 21% | 1,394,230.00 | 44% | -59% |
| Promotional, Advertising expenses | 280,792.66 | 12% | 261,864.18 | 10% | -7% | 232,527.55 | 9% | -13% | 282,380.24 | 10% | 18% | 336,903.28 | 11% | 16% | 189,915.00 | 6% | -77% |
| Convention supplies and expenses | 551,034.20 | 23% | 533,232.66 | 21% | -3% | 520,002.77 | 21% | -3% | 569,155.31 | 21% | 9% | 575,204.16 | 18% | 1% | 403,008.00 | 13% | -43% |
| Building expenses | 187,631.21 | 8% | 170,760.58 | 7% | -10% | 140,818.58 | 6% | -21% | 175,977.01 | 6% | 20% | 169,474.30 | 5% | -4% | 144,783.00 | 5% | -17% |
| Administrative expenses | 79,343.22 | 3% | 98,109.90 | 4% | 19% | 191,491.76 | 8% | 49% | 75,488.99 | 3% | -154% | 162,786.46 | 5% | 54% | 218,478.00 | 7% | 25% |
| Inventory and FF&E as an expense | 35,542.44 | 2% | 3,663.71 | 0% | -870% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Computer equipment and software - expen | 13,259.22 | 1% | 5,185.64 | 0% | -156% | 13,358.31 | 1% | 61% | 16,746.06 | 1% | 20% | 89,449.41 | 3% | 81% | (4,303.00) | 0% | 2179% |
| Interest expense | 0.00 | 0% | (8,973.25) | 0% | 100% | (4,334.80) | 0% | -107% | (5,602.51) | 0% | 23% | (21,685.28) | -1% | 74% | 27,941.00 | 1% | 178% |
| Depreciation | 47,463.38 | 2% | 200,091.33 | 8% | 76% | 235,856.14 | 9% | 15% | 244,306.70 | 9% | 3% | 192,664.94 | 6% | -27% | 162,299.00 | 5% | -19% |
| Taxes | 39,848.43 | 2% | 17,382.10 | 1% | -129% | 28,474.99 | 1% | 39% | 35,011.57 | 1% | 19% | 21,994.77 | 1% | -59% | 55,969.00 | 2% | 61% |
| **Total Expense** | 2,370,474.05 | 101% | 2,249,850.41 | 88% | -5% | 2,739,615.97 | 109% | 18% | 3,138,177.30 | 113% | 13% | 3,737,448.34 | 117% | 16% | 2,592,320.00 | 82% | -44% |
| **Net Ordinary Income** | (31,170.02) | -1% | 279,945.31 | 11% | 111% | (251,877.36) | -10% | 211% | (372,160.70) | -13% | 32% | (598,438.20) | -19% | 38% | 526,524.72 | 17% | 214% |
| **Net Income** | **(31,170.02)** | -1% | **279,945.31** | 11% | 111% | **(251,877.36)** | -10% | 211% | **(372,160.70)** | -13% | 32% | **(598,438.20)** | -19% | 38% | **526,524.72** | 17% | 214% |
| | 0.00 | | - | | | - | | | - | | | - | | | - | | |
| **Add back:** | | | | | | | | | | | | | | | | | |
| Interest expense | 0.00 | 0% | 8,973.25 | 0% | 0% | 4,334.80 | 0% | -107% | 5,602.51 | 0% | 23% | 21,685.28 | 1% | 74% | (27,941.00) | -1% | 178% |
| Depreciation | 47,463.38 | 2% | 200,091.33 | 8% | 76% | 235,856.14 | 9% | 15% | 244,306.70 | 9% | 3% | 192,664.94 | 6% | -27% | 162,299.00 | 5% | -19% |
| Taxes | 39,848.43 | 2% | 17,382.10 | 1% | -129% | 28,474.99 | 1% | 39% | 35,011.57 | 1% | 19% | 21,994.77 | 1% | -59% | 55,969.00 | 2% | 61% |
| **EBITDA** | **56,141.79** | 2% | **506,391.99** | 20% | 89% | **16,788.57** | 1% | -2916% | **(87,239.92)** | -3% | 119% | **(362,093.21)** | -11% | 76% | **716,851.72** | 23% | 151% |

Date Printed: 10/17/2008

**Exhibit A**