| CREDITOR | SCHEDULE AMOUNT | POC AMOUNT | PLAN AMOUNT | CLASS |
|---|---|---|---|---|
| Dell Financial Services, LP | | 67,673.62 | - | |
| Board of Equalization | 131,636.18 | | 131,636.18 | N/A |
| California Franchise Tax Board | 24,430.00 | 855.48 | 855.48 | N/A |
| Capital Improvement Board | 31,356.68 | 31,356.68 | 31,356.68 | N/A |
| Indiana Department of Revenue | 116,858.70 | 85,492.95 | 85,492.95 | N/A |
| WA Dept of Revenue | 2,546.05 | | 2,546.05 | N/A |
| Allen Maxwell & Silver, Inc. | 695.00 | | 695.00 | 2 |
| Fed Ex | | 468.65 | - | 2 |
| UPS | | 74.14 | - | 2 |
| Make-A-Wish Foundation | 148,562.13 | | 148,562.13 | 3 |
| American Express | | 2,133.41 | - | 4 |
| Anaheim/Orange County | 13,623.03 | | 13,623.03 | 4 |
| Capital Improvement Board | 20,000.00 | 20,000.00 | 20,000.00 | 4 |
| Convention Management Resource | 30,035.00 | 30,035.00 | 30,035.00 | 4 |
| Dell Financial Services, LP | | 6,040.06 | 6,040.06 | 4 |
| First Private Bank & Trust | 74,250.00 | | 74,250.00 | 4 |
| Geo. E. Fern Co. | 748,956.81 | | 337,312.00 | 4 |
| Hasbro Inc | 431,055.00 | 432,555.00 | 432,555.00 | 4 |
| John Jordan Loan | 542,971.03 | 547,671.23 | 547,671.23 | 4 |
| LGC Associates LLC | 31,175.61 | 18,940.49 | 18,940.49 | 4 |
| Los Angeles Convention Ctr | 148,342.50 | | 148,342.50 | 4 |
| Lucasfilm Ltd | 284,099.32 | 415,623.56 | 284,099.32 | 4 |
| RA Consulting | 89,036.00 | | 89,036.00 | 4 |
| Reaction Audio Visual, LLC | 11,109.06 | 11,347.00 | 11,347.00 | 4 |
| The Biltmore Hotel | 138,623.85 | | 138,623.85 | 4 |
| The Onion | 22,710.53 | 22,710.53 | 22,710.53 | 4 |
| Thomas DesBrisay Loan | 211,601.67 | 218,769.32 | 218,769.32 | 4 |
| Travelers | 20,000.00 | | - | 4 |
| Walt Disney World Co | 29,368.00 | | 29,368.00 | 4 |
| Westin Bonaventure Hotel | 140,401.69 | 140,401.69 | 140,401.69 | 4 |
| XO Communications | | 1,458.63 | - | 4 |
| Hidden City Games | 125,000.00 | 125,000.00 | 125,000.00 | 5 |
| Peter Adkison | 318,385.21 | 319,147.19 | 319,147.19 | 5 |
| **Total plan payout (excluding interest)** | | | 3,408,416.68 | |

**Exhibit B**