# Gen Con LLC
## Indy and General and Administrative combined

| Gen Con (Indy & G & A) | Indy '08 and Fisc G&A '08 | % of sales | Indy '09 and Fisc G&A '09 | % of sales | 08 to '09 | Indy '10 and Fisc G&A '10 | % of sales | 09 to '10 | Indy '11 and Fisc G&A '11 | % of sales | 10 to 11 | Indy 12 and Fisc G&A 12 | % of sales | 11 to 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | |
| **Income** | | | | | | | | | | | | | | |
| 4101 · Admissions Revenue | 1,365,331.00 | 43% | 1,340,000.00 | 41% | -2% | 1,366,800.00 | 41% | 2% | 1,394,136.00 | 40% | 2% | 1,422,019.00 | 40% | 2% |
| 4102 · Booth Space Rental | 1,081,525.00 | 34% | 1,150,000.00 | 35% | 6% | 1,200,000.00 | 36% | 4% | 1,250,000.00 | 36% | 4% | 1,275,000.00 | 35% | 2% |
| 4103 · Events Revenues | 290,631.00 | 9% | 256,000.00 | 8% | -14% | 256,000.00 | 8% | 0% | 256,000.00 | 7% | 0% | 256,000.00 | 7% | 0% |
| 4104 · Hotel Rebates | 140,597.00 | 4% | 142,000.00 | 4% | 0% | 142,000.00 | 4% | 0% | 142,000.00 | 4% | 0% | 142,000.00 | 4% | 0% |
| 4106 · Merchandise | 50,017.23 | 2% | 45,000.00 | 1% | -11% | 45,000.00 | 1% | 0% | 45,000.00 | 1% | 0% | 45,000.00 | 1% | 0% |
| 4107 · Sponsorship Non-Booth Revenues | 175,264.00 | 6% | 200,000.00 | 6% | 12% | 200,000.00 | 6% | 0% | 250,000.00 | 7% | 20% | 275,000.00 | 8% | 9% |
| 4108 · Advertising Revenues | 30,300.00 | 1% | 50,000.00 | 2% | 39% | 75,000.00 | 2% | 33% | 100,000.00 | 3% | 25% | 100,000.00 | 3% | 0% |
| Total 4109 · Art Show Revenue | 33,511.98 | 1% | 33,400.00 | 1% | 0% | 33,400.00 | 1% | 0% | 33,400.00 | 1% | 0% | 33,400.00 | 1% | 0% |
| 4110 · Exhibitor Badges | 42,135.00 | 1% | 44,000.00 | 1% | 4% | 44,880.00 | 1% | 2% | 45,500.00 | 1% | 1% | 46,000.00 | 1% | 1% |
| 4111 · NSF Check Charges | 0.00 | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| 4112 · Other Income | 10,017.51 | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| 4114 · Early Pay Discounts | (65,335.00) | -2% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Total 4115 · Author's Avenue Revenue | 2,864.00 | 0% | 1,000.00 | 0% | -186% | 1,000.00 | 0% | 0% | 1,000.00 | 0% | 0% | 1,000.00 | 0% | 0% |
| **Total Income** | 3,156,858.72 | 100% | 3,261,400.00 | 100% | 3% | 3,364,080.00 | 100% | 3% | 3,517,036.00 | 100% | 4% | 3,595,419.00 | 100% | 2% |
| **Total Costs** | 38,014.00 | 1% | 25,000.00 | 1% | -52% | 25,000.00 | 1% | 0% | 25,000.00 | 1% | 0% | 25,000.00 | 1% | 0% |
| **Gross Profit** | 3,118,844.72 | 99% | 3,236,400.00 | 99% | 4% | 3,339,080.00 | 99% | 3% | 3,492,036.00 | 99% | 4% | 3,570,419.00 | 99% | 2% |
| Labor related costs | 1,394,230.00 | 44% | 1,538,550.00 | 47% | 9% | 1,542,383.00 | 46% | 0% | 1,598,291.00 | 45% | 3% | 1,604,131.00 | 45% | 0% |
| Promotional, Advertising expenses | 189,915.00 | 6% | 236,800.00 | 7% | 20% | 236,800.00 | 7% | 0% | 236,800.00 | 7% | 0% | 236,800.00 | 7% | 0% |
| Convention supplies and expenses | 403,008.00 | 13% | 444,400.00 | 14% | 9% | 454,400.00 | 14% | 2% | 469,800.00 | 13% | 3% | 479,800.00 | 13% | 2% |
| Building expenses | 144,783.00 | 5% | 158,000.00 | 5% | 8% | 158,000.00 | 5% | 0% | 158,000.00 | 4% | 0% | 158,000.00 | 4% | 0% |
| Administrative expenses | 218,478.00 | 7% | 224,400.00 | 7% | 3% | 228,000.00 | 7% | 2% | 232,500.00 | 7% | 2% | 237,150.00 | 7% | 2% |
| Inventory and FF&E as an expense | 0.00 | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Computer equipment and software - expen | (4,303.00) | 0% | 14,800.00 | 0% | 129% | 14,800.00 | 0% | 0% | 14,800.00 | 0% | 0% | 14,800.00 | 0% | 0% |
| Interest expense | 27,941.00 | 1% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Depreciation | 162,299.00 | 5% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Taxes | 55,969.00 | 2% | 40,000.00 | 1% | -40% | 40,000.00 | 1% | 0% | 40,000.00 | 1% | 0% | 40,000.00 | 1% | 1% |
| **Total Expense** | 2,592,320.00 | 82% | 2,656,950.00 | 81% | 2% | 2,674,383.00 | 79% | 1% | 2,750,191.00 | 78% | 3% | 2,770,681.00 | 77% | 1% |
| **Net Ordinary Income** | 526,524.72 | 17% | 579,450.00 | 18% | 9% | 664,697.00 | 20% | 13% | 741,845.00 | 21% | 10% | 799,738.00 | 22% | 7% |
| **Net Income** | 526,524.72 | 17% | 579,450.00 | 18% | 9% | 664,697.00 | 20% | 13% | 741,845.00 | 21% | 10% | 799,738.00 | 22% | 7% |
| **Add back:** | | | | | | | | | | | | | | |
| Interest expense | (27,941.00) | -1% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Depreciation | 162,299.00 | 5% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% | 0.00 | 0% | 0% |
| Taxes | 55,969.00 | 2% | 40,000.00 | 1% | -40% | 40,000.00 | 1% | 0% | 40,000.00 | 1% | 0% | 40,000.00 | 0% | 0% |
| **EBITDA** | 716,851.72 | 23% | 619,450.00 | 19% | -16% | 704,697.00 | 21% | 12% | 781,845.00 | 22% | 10% | 839,738.00 | 23% | 7% |

**Exhibit C**