Gen Con LLC 5 Year Cash Flow by Month

| 2009 Fiscal * | September '08 | October '08 | November '08 | December '08 | January '09 | February '09 | March '09 | April '09 | May '09 | June '09 | July '09 | August '09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| opening cash balance | $800,000.00 | $814,000.00 | $719,300.00 | $624,100.00 | $482,400.00 | $485,700.00 | $773,600.00 | $845,650.00 | $551,450.00 | $748,350.00 | $960,000.00 | $282,450.00 |
| cash in | $120,000.00 | $ - | $ - | $192,000.00 | $115,000.00 | $430,000.00 | $254,000.00 | $358,000.00 | $415,000.00 | $458,800.00 | $53,800.00 | $837,800.00 |
| cash out | $106,000.00 | $94,700.00 | $95,200.00 | $113,700.00 | $111,700.00 | $142,100.00 | $181,950.00 | $258,200.00 | $218,100.00 | $247,150.00 | $731,350.00 | $316,800.00 |
| Chapter 11 payments | $ - | $ - | $ - | $220,000.00 | $ - | $ - | $ - | $394,000.00 | $ - | $ - | $ - | $ - |
| closing balance | $814,000.00 | $719,300.00 | $624,100.00 | $482,400.00 | $485,700.00 | $773,600.00 | $845,650.00 | $551,450.00 | $748,350.00 | $960,000.00 | $282,450.00 | $803,450.00 |

| 2010 Fiscal | September '09 | October '09 | November '09 | December '09 | January '10 | February '10 | March '10 | April '10 | May '10 | June '10 | July '10 | August '10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| opening cash balance | $803,450.00 | $813,326.00 | $320,502.00 | $263,178.00 | $295,354.00 | $296,530.00 | $607,306.00 | $757,287.00 | $468,963.00 | $673,739.00 | $886,265.00 | $206,591.00 |
| cash in | $120,000.00 | $ - | $42,000.00 | $150,000.00 | $115,000.00 | $455,000.00 | $304,000.00 | $368,000.00 | $425,000.00 | $463,800.00 | $58,800.00 | $841,480.00 |
| cash out | $110,124.00 | $98,824.00 | $99,324.00 | $117,824.00 | $113,824.00 | $144,224.00 | $154,019.00 | $262,324.00 | $220,224.00 | $251,274.00 | $738,474.00 | $323,924.00 |
| Chapter 11 payments | $ - | $394,000.00 | $ - | $ - | $ - | $ - | $ - | $394,000.00 | $ - | $ - | $ - | $ - |
| closing balance | $813,326.00 | $320,502.00 | $263,178.00 | $295,354.00 | $296,530.00 | $607,306.00 | $757,287.00 | $468,963.00 | $673,739.00 | $886,265.00 | $206,591.00 | $724,147.00 |

| 2011 Fiscal | September '10 | October '10 | November '10 | December '10 | January '11 | February '11 | March '11 | April '11 | May '11 | June '11 | July '11 | August '11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| opening cash balance | $724,147.00 | $731,836.00 | $236,825.00 | $177,314.00 | $207,303.00 | $206,292.00 | $514,881.00 | $627,111.00 | $345,600.00 | $623,189.00 | $850,528.00 | $196,667.00 |
| cash in | $120,000.00 | $ - | $42,000.00 | $150,000.00 | $115,000.00 | $455,000.00 | $309,000.00 | $378,000.00 | $500,000.00 | $478,800.00 | $93,800.00 | $854,436.00 |
| cash out | $112,311.00 | $101,011.00 | $101,511.00 | $120,011.00 | $116,011.00 | $146,411.00 | $196,770.00 | $265,511.00 | $222,411.00 | $251,461.00 | $747,661.00 | $329,111.00 |
| Chapter 11 payments | $ - | $394,000.00 | $ - | $ - | $ - | $ - | $ - | $394,000.00 | $ - | $ - | $ - | $ - |
| closing balance | $731,836.00 | $236,825.00 | $177,314.00 | $207,303.00 | $206,292.00 | $514,881.00 | $627,111.00 | $345,600.00 | $623,189.00 | $850,528.00 | $196,667.00 | $721,992.00 |

| 2012 Fiscal | September '11 | October '11 | November '11 | December '11 | January '12 | February '12 | March '12 | April '12 | May '12 | June '12 | July '12 | August '12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| opening cash balance | $721,992.00 | $757,427.00 | $260,162.00 | $198,397.00 | $226,132.00 | $222,867.00 | $529,202.00 | $678,736.00 | $394,971.00 | $643,306.00 | $866,391.00 | $255,776.00 |
| cash in | $150,000.00 | $ - | $42,000.00 | $150,000.00 | $115,000.00 | $455,000.00 | $329,000.00 | $378,000.00 | $475,000.00 | $478,800.00 | $143,800.00 | $857,819.00 |
| cash out | $114,565.00 | $103,265.00 | $103,765.00 | $122,265.00 | $118,265.00 | $148,665.00 | $179,466.00 | $267,765.00 | $226,665.00 | $255,715.00 | $754,415.00 | $335,865.00 |
| Chapter 11 payments | $ - | $394,000.00 | $ - | $ - | $ - | $ - | $ - | $394,000.00 | $ - | $ - | $ - | $ - |
| closing balance | $757,427.00 | $260,162.00 | $198,397.00 | $226,132.00 | $222,867.00 | $529,202.00 | $678,736.00 | $394,971.00 | $643,306.00 | $866,391.00 | $255,776.00 | $777,730.00 |

| 2013 Fiscal | September '12 | October '12 | November '12 | December '12 | January '13 | February '13 | March '13 | April '13 | May '13 | June '13 | July '13 | August '13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| opening cash balance | $777,730.00 | $813,165.00 | $314,900.00 | $253,135.00 | $280,870.00 | $277,605.00 | $583,940.00 | $733,474.00 | $420,709.00 | $669,044.00 | $892,129.00 | $281,514.00 |
| cash in | $150,000.00 | $ - | $42,000.00 | $150,000.00 | $115,000.00 | $455,000.00 | $329,000.00 | $378,000.00 | $475,000.00 | $478,800.00 | $143,800.00 | $857,819.00 |
| cash out | $114,565.00 | $103,265.00 | $103,765.00 | $122,265.00 | $118,265.00 | $148,665.00 | $179,466.00 | $267,765.00 | $226,665.00 | $255,715.00 | $754,415.00 | $335,865.00 |
| Chapter 11 payments | $ - | $395,000.00 | $ - | $ - | $ - | $ - | $ - | $423,000.00 | $ - | $ - | $ - | $ - |
| closing balance | $813,165.00 | $314,900.00 | $253,135.00 | $280,870.00 | $277,605.00 | $583,940.00 | $733,474.00 | $420,709.00 | $669,044.00 | $892,129.00 | $281,514.00 | $803,468.00 |

This payment includes Make A Wish paid in full (subject to creditor and court approval) and *all* legal council administrative claims
* Fiscal year for Gen Con is September 1st through August 31st

**Exhibit D**

Prepared by Adrian Swartout    10/17/2008

Case 08-10844-TTG    Doc 93-4    Filed 10/17/08    Ent. 10/17/08 16:37:12    Pg. 1 of 1