| Liquidation Analysis in thousands | | |
|---|---|---|
| as of 10/17/2008 | | Total |
| *Assets:* | | |
| Cash | $ | 940 |
| Accounts Receivable | $ | 190 |
| Hidden City Games Stock | $ | - |
| Fixed Assets | $ | 24 |
| *Total Assets:* | $ | 1,153 |
| | | |
| *Liabilities:* | | |
| Cash 2009 deposits | $ | 121 |
| Chapter 7 administrative | $ | 115 |
| Chapter 11 administrative | $ | 150 |
| Priority: Employee vac. | $ | 32 |
| Priority: Tax (pre-petition) | $ | 275 |
| 2 months operations | $ | 200 |
| Payables, sales taxes | $ | 32 |
| *Total Liabilities:* | $ | 926 |
| | | |
| *Remainder:* | $ | 228 |
| | | |
| *Creditor debt:* | $ | 3,366 |
| | | |
| *Valuation: in dollars* | $ | 0.07 |

| Notes to Liquidation Analysis | |
|---|---|
| Cash - 2-15-2008 | 320,390.52 |
| Cash - 10-17-2008 | 939,594.01 |
| AR - 2-15-2008 | 379,350.90 |
| AR @ .50 | 189,675.45 |
| Fixed assets (book value) | 241,656.28 |
| Fixed assets @ .10 | 24,165.63 |
| Chapter 7=10% of Assets | 115,343.51 |
| Employee vacation | 32,110.90 |
| 2 months burn rate | 200,000.00 |
| Sales taxes | 15,308.84 |
| Payables: accrual | 16,564.52 |

**Exhibit E**