## MONTHLY FINANCIAL REPORT FOR
## CORPORATE OR PARTNERSHIP DEBTOR

Case No.: **08-10844**                    Report Month/Year **08/2008**

Debtor:        **Gen Con LLC**

INSTRUCTIONS: The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United Trustee's reporting Requirements, is cause for conversion of dismissal of the case.

The debtor has provided the following with this monthly financial Report.

|  |  | Yes | No |
|---|---|:---:|:---:|
| **UST-12** | **Comparative Balance Sheet** or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | √ ☐ | ☐ |
| **UST-13** | **Comparative Income Statement** or debtor's income statement. | √ ☐ | ☐ |
| **UST-14** | **Summary of Deposits and Disbursements** | √ ☐ | ☐ |
| **UST-14** **Continuation Sheets** | **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | √ ☐ | ☐ |
| **UST-15** | **Statement of Aged Receivables** A detailed accounting of aged receivable shall be provided on, or in an attachment to, UST-15. | √ ☐ | ☐ |
| **UST-16** | **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payable shall be provided on, or in an attachment to, UST-15. | √ ☐ | ☐ |
| **UST-17** | **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance of a copy of the bond. | ☐ | √ ☐ n/a |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

Name: **Adrian Swartout - President of Gen Con LLC**
Telephone: **206 957.3976**
Email: **adrian.swartout@gencon.com**

# DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

Question 1   At month, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐   No √ ☐

If yes, list delinquent post-petition tax obligation on UST-16 Part A.

Question 2   For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from all source were:

Complete UST-14 to calculate TOTAL DISBURSEMENTS and enter the total here.

$ 715,286.81

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's Signature _____ Date

Adrian Swartout - President of Gen Con LLC

---

**WHERE TO FILE A MONTHLY FINANCIAL REPORT:** Local Bankruptcy Rule 2015-2(a) requires the debtor to file its monthly financial report with the U.S. Bankruptcy Court, and to serve copies of such report on the United States Trustee, and on each member of any committees elected or appointed pursuant to the Bankruptcy Code and to their authorized agents.

| . File the <u>original</u>......(select one) | Send a <u>copy</u> to <u>each</u> of the following........ |
|---|---|
| For a chapter 11 case filed in Seattle, WA: | Office of the United States Trustee |
| | United States Courthouse |
| United States Bankruptcy Court | 700 Stewart Street, Suite 5103 |
| United State Courthouse | Seattle, WA 98101-1271 |
| 700 Stewart Street, Suite 6301 | |
| Seattle, WA 98101-1271 | If applicable, each member of any committees |
| | elected or appointed, and to their authorized agents |
| For a chapter 11 case filed in Tacoma, WA: | |
| | Debtor's counsel. |
| United States Bankruptcy Court | |
| 1717 Pacific Avenue, Suite 2100 | |
| Tacoma, WA 98402 | |

### UST-12, COMPARATIVE BALANCE SHEET

| As of month ending ⟹ | August 31, 2008 | | |
|---|---|---|---|
| ASSETS | July 31, 2008 | August 31, 2008 | Change |
| Less Current Assets | | | |
| Cash | 911,304 | 1,433,991 | 522,687 |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | - |
| Accounts Receivable (net) | 284,913 | 265,216 | (19,696) |
| Notes Receivable | | | - |
| Inventory | 19,378 | | (19,378) |
| Prepaid Expenses | 4,727 | | (4,727) |
| Other (attach list) | | | - |
| Total Current Assets | $ 1,220,321 | $ 1,699,208 | $ 478,886 |
| Fixed Assets | | | |
| Real Property/Buildings | 79,507 | 79,507 | - |
| Equipment | 1,168,528 | 1,168,528 | - |
| Accumulated Depreciation | (1,069,675) | (1,083,389) | (13,714) |
| Total Fixed Assets | $ 178,360 | $ 164,646 | $ (13,714) |
| Other Assets (attach list) | | | - |
| TOTAL ASSETS | $ 1,398,681 | $ 1,863,854 | $ 465,173 |
| | | | |
| LIABILITIES | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | - |
| Other Accounts Payable | 97,047 | 288,252 | 191,205 |
| Notes Payable | | | - |
| Rent, Leases & Mortgages Payable | | | - |
| Accrued Interest | | | - |
| Other (specify) Credit Cards | | | - |
| Total Post-Petition Liabilities | $ 97,047 | $ 288,252 | $ 191,205 |
| Pre-Petition Liabilities | | | |
| Unsecured Debt | 3,419,254 | 3,419,254 | - |
| Priority Debt: | | | - |
| Taxes | 4,254 | 15,309 | 11,055 |
| Wages | 32,835 | 32,111 | (724) |
| Deposits | 306,828 | 306,828 | - |
| Other | | | - |
| Notes Payable (Secured Debt) | | | - |
| Total Pre-Petition Liabilities | $ 3,763,171 | $ 3,773,502 | $ 10,331 |
| TOTAL LIABILITIES | $ 3,860,218 | $ 4,061,754 | $ 201,536 |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | (898,381) | (898,381) | - |
| Paid-In Capital | 2,489,962 | 2,489,962 | - |
| Retained Earnings | (1,299,234) | (1,299,234) | - |
| Total Stockholders' Equity (Or Deficit) | $ 292,347 | $ 292,347 | $ - |
| Partners' Investment (Or Deficit) | (2,753,884) | (2,490,247) | 263,637 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | $ 1,398,681 | $ 1,863,854 | $ 465,173 |

Footnotes to balance sheet:

The above financials is based on Accrual accounting and a fiscal year of 9-1 through 8-31

## UST-13, COMPARATIVE INCOME STATEMENT

| For the month of | 7/31/2008 | August 31, 2008 | |
| --- | --- | --- | --- |
| | | **August 31, 2008** | |
| GROSS SALES | 73,273 | 966,375 | 893,102 |
| Less: Returns & Allowances | | | - |
| Net Sales | 73,273 | 966,375 | 893,102 |
| Cost of Sales: | | | - |
| Beginning Inventory | | | (33,014) |
| Add: Purchases | | 33,014 | 33,014 |
| Less: Ending Inventory | | | - |
| Cost of Goods Sold | - | 33,014 | 33,014 |
| GROSS MARGIN | 73,273 | 933,361 | 860,088 |
| Other Operating Expenses: | | | - |
| Officers' Salaries | 6,521 | 6,521 | 0 |
| Other Salaries/Direct Labor | 44,799 | 41,374 | (3,425) |
| Employee Benefits/Payroll Taxes | 10,740 | 6,338 | (4,402) |
| Insurance | | | - |
| Rent | 5,282 | 5,042 | (240) |
| Depreciation | 14,266 | 13,714 | (552) |
| General and Administrative | 321,638 | 624,583 | 302,946 |
| NET OPERATING PROFIT (LOSS) | (329,973) | 235,790 | 565,763 |
| Add: Other Income | 642 | 636 | (6) |
| Less: Interest Expense | | | - |
| Other Adjustments to Income (Explain) | | | - |
| Gain (Loss) on Sale of Assets | | | - |
| Net Profit (Loss) Before Taxes | (329,331) | 236,426 | 565,757 |
| Income Taxes | | | - |
| NET PROFIT (LOSS) | (329,331) | 236,426 | 565,757 |

Notes:

The above financials is based on Accrual accounting
Income and associated expenses are show driven, so month to month fluctuations are expected

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**Instructions:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each blank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for proving an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930(a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31,** and **January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: www.usdoj.gov/ust/r18/s_library.htm

If you have any questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | | |
|---|---|---|
| Deposits from UST-14 Continuation Sheet(s) | $ | 1,305,316.85 |
| Cash Receipts not included above (if any) | | |
| **TOTAL RECEIPTS** ➡ | $ | 1,305,316.85 |

### Summary of Disbursements This Month

| | | |
|---|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | $ | (715,286.81) |
| Disbursements resulting from asset sales out of the ordinary course (see UST-17, Question 1) | | |
| Disbursements made by other parties for the debtor (if any, explain) | | |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** | |
| **TOTAL DISBURSEMENTS** ➡ | $ | (715,286.81) |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ➡ | $ | 590,030.04 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?  ☐ Yes  √  ☐ No  **If "Yes", list each quarter that is delinquent and the amount due.**

**(UST-14 CONTINUATION SHEET, with attachments, should follow this page.)**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| Depository (bank) name | ⟹ | Eastside Commercial Bank |
|---|---|---|
| Account number | ⟹ | xxx9312 - Checking for Operations |

**Purpose of this account (select one):**
- √ ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, of other taxes)
- ☐ Other (explain) -

| | | |
|---|---|---:|
| Beginning cash balance | | $ 10,086 |
| Add: | Transfers in from other estate bank accounts | $ 650,000 |
| | Cash receipts deposited to this account | $ 38,042 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | $ 688,042 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account | $ (383,458) |
| | (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | Float | |
| Ending cash balance | | $ 314,670 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | | Yes | No |
|---|---|---|---|
| * | A monthly bank statement (or trust account statement); | √ ☐ | ☐ |
| * | A detailed list of receipts for that account (deposit log or receipts journal); | √ ☐ | ☐ |
| * | A detailed list of disbursements for the account (check register or disbursement journal); and, | √ ☐ | ☐ |
| * | If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | √ ☐ | ☐ |

**UST-14 CONTINUATION SHEET, Number  1  of  6**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| **Depository (bank) name** ⟹ | Eastside Commercial Bank |
|---|---|
| **Account number** ⟹ | xxxx3627 - Money Market |

Purpose of this account (select one):
- √ ☐    General operating account
- ☐    General payroll account
- ☐    Tax deposit account (payroll, sales, gambling, of other taxes)
- ☐    Other (explain) -

| | | |
|---|---|---:|
| Beginning cash balance | | $    19,653 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | $    31 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | $    31 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account | |
| | (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 19,684 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | | Yes | No |
|---|---|---|---|
| * | A monthly bank statement (or trust account statement); | √ ☐ | ☐ |
| * | A detailed list of receipts for that account (deposit log or receipts journal); | √ ☐ | ☐ |
| * | A detailed list of disbursements for the account (check register or disbursement journal); and, | √ ☐ | ☐ |
| * | If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | √ ☐ | ☐ |

UST-14 CONTINUATION SHEET, Number _2_ of _6_

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| Depository (bank) name | ⟹ | Bank of America |
|---|---|---|
| Account number | ⟹ | xxxx6803 - Checking (on-line deposits) |

Purpose of this account (select one):

√ ☐      General operating account
☐      General payroll account
☐      Tax deposit account (payroll, sales, gambling, of other taxes)
☐      Other (explain) -

| | | | |
|---|---|---|---:|
| Beginning cash balance | | $ | 275,000 |
| Add: | Transfers in from other estate bank accounts | | 8,804,191 |
| | Cash receipts deposited to this account | | 703,902 |
| | Financing or other loaned funds (identify source) | | - |
| Total cash available this month | | $ | 9,508,093 |
| Subtract: | Transfers out to other estate bank accounts | | (9,176,288) |
| | **Cash disbursements** from this account | | (331,805) |
| | (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | Float | | |
| Ending cash balance | | $ | 275,000 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | | Yes | No |
|---|---|:---:|:---:|
| * | A monthly bank statement (or trust account statement); | √ ☐ | ☐ |
| * | A detailed list of receipts for that account (deposit log or receipts journal); | √ ☐ | ☐ |
| * | A detailed list of disbursements for the account (check register or disbursement journal); and, | √ ☐ | ☐ |
| * | If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | √ ☐ | ☐ |

**UST-14 CONTINUATION SHEET, Number  3  of  6**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| **Depository (bank) name** | ⟶ | JPMorgan Chase Bank, N.A. |
|---|---|---|
| **Account number** | ⟶ | xxxx5682 |

Purpose of this account (select one):

√ ☐     General operating account
☐     General payroll account
☐     Tax deposit account (payroll, sales, gambling, of other taxes)
☐     Other (explain) -

| | | | |
|---|---|---|---:|
| Beginning cash balance | | $ | 3,975 |
| Add: | Transfers in from other estate bank accounts | $ | 250,000 |
| | Cash receipts deposited to this account | $ | 563,342 |
| | Financing or other loaned funds (identify source) | | |
| Total cash available this month | | $ | 813,342 |
| Subtract: | Transfers out to other estate bank accounts | $ | (205,032) |
| | **Cash disbursements** from this account | $ | (17) |
| | (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | | |
| Ending cash balance | | $ | 612,267 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | | Yes | No |
|---|---|---|---|
| * | A monthly bank statement (or trust account statement); | √ ☐ | ☐ |
| * | A detailed list of receipts for that account (deposit log or receipts journal); | √ ☐ | ☐ |
| * | A detailed list of disbursements for the account (check register or disbursement journal); and, | √ ☐ | ☐ |
| * | If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | √ ☐ | ☐ |

UST-14 CONTINUATION SHEET, Number __4__ of __6__

Debtor: Gen Con LLC

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| Depository (bank) name | ⟹ | Bank of America |
|---|---|---|
| Account number | ⟹ | xxxx6803 - Fundsweep |

Purpose of this account (select one):

√ ☐  General operating account
☐  General payroll account
☐  Tax deposit account (payroll, sales, gambling, of other taxes)
☐  Other (explain) -

| | | | |
|---|---|---|---:|
| Beginning cash balance | | $ | 702,574 |
| Add: | Transfers in from other estate bank accounts | | 8,526,288 |
| | Cash receipts deposited to this account | | |
| | Financing or other loaned funds (identify source) | | |
| Total cash available this month | | $ | 8,526,288 |
| Subtract: | Transfers out to other estate bank accounts | | (8,804,191) |
| | **Cash disbursements** from this account | | |
| | (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | | |
| Ending cash balance | | $ | 424,672 |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | | Yes | No |
|---|---|---|---|
| * | A monthly bank statement (or trust account statement); | √ ☐ | ☐ |
| * | A detailed list of receipts for that account (deposit log or receipts journal); | √ ☐ | ☐ |
| * | A detailed list of disbursements for the account (check register or disbursement journal); and, | √ ☐ | ☐ |
| * | If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | √ ☐ | ☐ |

UST-14 CONTINUATION SHEET, Number  5  of   6

**UST-14, CONTINUATION SHEET**
**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

| Depository (bank) name ⟹ | Bank of America | |
|---|---|---|
| Account number ⟹ | xxxx0051 - Bankruptcy | |

Purpose of this account (select one):
√ ☐     General operating account
☐     General payroll account
☐     Tax deposit account (payroll, sales, gambling, of other taxes)
☐     Other (explain) -

| | | $ | - |
|---|---|---|---|
| Beginning cash balance | | | |
| Add: | Transfers in from other estate bank accounts | | |
| | Cash receipts deposited to this account | | |
| | Financing or other loaned funds (identify source) | | |
| Total cash available this month | | $ | - |
| Subtract: | Transfers out to other estate bank accounts | | |
| | **Cash disbursements** from this account | | (7) |
| | (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | | |
| Ending cash balance | | $ | (7) |

Does this CONTINUATION SHEET include the following supporting documents, as required:

| | | Yes | No |
|---|---|---|---|
| * | A monthly bank statement (or trust account statement); | √ ☐ | ☐ |
| * | A detailed list of receipts for that account (deposit log or receipts journal); | √ ☐ | ☐ |
| * | A detailed list of disbursements for the account (check register or disbursement journal); and, | √ ☐ | ☐ |
| * | If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | √ ☐ | ☐ |

UST-14 CONTINUATION SHEET, Number __6__ of __6__

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

**Payments on Pre-Petition Unsecured Debt** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition debt?
Yes ☐ No √ ☐ If "Yes", list each payment.

| Payee's Name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| No payments were made in August | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Payments to Attorneys and Other Professionals** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realator, appraiser, auctioneer, business consultant, or other professional person?
Yes ☐ No √ ☐ If "Yes", list each payment.

| Payee's Name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| No payments were made in August | | | | |
| | | | | |
| | | | | |
| | | | | |

**Payments to an Officer, Director, Partner, of Other Insider of The Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other indiser of the debtor? Yes √ ☐ No ☐ If "Yes", list each payment.

| Payee's Name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| Adrian Swartout | President | 8/8, 8/22 2008 | 6,520.61 | Payroll |
| Ann E. Eutsler | Chief Financial Officer | 8/9, 8/23 2008 | 8,000.00 | Contract wages |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Instructions**: Use the last column to describe the purpose of each payments, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment (explain).

## UST-15, STATEMENT OF AGED RECEIVABLES

**Instructions**: Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

> 1) At the beginning for the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,
>
> 2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or write-off of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61 - 90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 74,884 | - | - | - | 74,884 | |
| Post-petition receivables | 190,333 | 154,715 | 9,057 | 13,192 | 13,369 | |
| TOTALS | 265,216 | $   154,715 | $   9,057 | $   13,192 | $   88,253 | $   - |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

On-going collections effort is being made

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? If yes, please explain.

Yes - the debtor has receivables from Off the Grid and Hidden City Games. Both companies have regular business transactions that are on-going, but paid regularly.

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 284,913 |
| New accounts receivable added | 223,400 |
| Subtotal | 508,313 |
| Less accounts receivable collected | (243,097) |
| Closing balance for current month | $   265,216 |

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES

**Instructions:** Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here √  ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES.

#### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3=4) |
|---|---|---|---|---|
| | | Federal Taxes | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| | | State Taxes | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| | | Other Taxes | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real Property | | | | |
| | | | | |
| | | | Total Unpaid Post-Petition Taxes | |

#### Delinquent Tax Reports and Tax Payments (post-petition only)

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**Instructions:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

> Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C.- ESTIMATED PROFESSIONAL FEES.

### Reconciliation of Post-Petition Payable (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | 97,047 |
| New payables added this month | 592,461 |
| Subtotal | 689,508 |
| Less payments made this month | (401,256) |
| Closing balance for this reporting month | $ 288,252 |

### Breakdown of Closing Balance by Age

| | |
|---|---|
| Current portion | 167,713 |
| Past due 1 - 30 days | 115,271 |
| Past due 31 - 60 days | 728 |
| Past due 61 - 90 days | 1,970 |
| Past due over 90 days | 2,571 |
| Total | $ 288,252 |

For accounts payable more than 30 days past due, explain why payment has not been made:

Disputing total amount of invoices due to lack of services provided.

**UST-16, STATEMENT OF POST-PETITION PAYABLES**
**PART B - OTHER PAYABLES (contd.)**

**Instructions:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre- and post-petition payables, and, 2) identifies payable by vendor's name, invoice date, invoice amount, and payment date

**Delinquent Post-Petition Payables** (excluding taxes and professional fees)

| Vendor Name | Invoice Date | Invoice Amount | Payment due date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**UST-16, STATEMENT OF POST-PETITION PAYABLES**
**PART C - ESTIMATED PROFESSIONAL FEES**

**Instructions:** Report only <u>post-petition</u> fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | 50,000.00 | 35,000.00 | 10,000.00 | 45,000.00 |
| Debtor's accountant | | | | - |
| Debtor's other professional | | | | - |
| Trustee's counsel | | | | - |
| Creditors' Committee Counsel | | 32,080.00 | 3,000.00 | 35,080.00 |
| Creditors' Committee Other | | 6,383.00 | 1,500.00 | 7,883.00 |
| Total estimated post-petition professional fees and costs | | | | $        87,963.00 |

---

### UST-17, OTHER INFORMATION

| Instructions: Answer each question fully and attach additional sheets if necessary to provide a complete response. | YES | NO |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.   □   √ □

Less: Returns and Allowances

unsecured debt?   Yes   No   If "Yes", list each payment.

of real property and an auctioneer's report for each aCash - Held by Others

| | Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (& Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | - No - | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| | | | Total | | | |

Any disbursement made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?   □   √ □

| | Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | - No - | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| | | Total | | |

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?   □   √ □

| 1 | - No - |
| 2 | |
| 3. | |
| 4. | |
| 5. | |
| | Total |

**Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policy during this reporting month?   - No -   □   √ □

Renewals:

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

Changes:

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain.   □   √ □

Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond.) If yes, explain.   □   √ □

**Question 5 - Personnel Changes.** Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 7 | |
| Employees added | - | |
| Employees resigned/terminated | - | |
| Number of employees at end of month | 7 | 7 |
| Gross Monthly Payroll and Taxes | 39,167.85 | |

**Question 6 - Significant Events.** Explain any significant new developments during the reporting month.

- None -

**Question 7 - Case Progress.** Explain what program the debtor made during the reporting month toward a confirmation of a plan of reorganization.

Debtor is working with it's attorney.

# Gen Con LLC
# Balance Sheet
### As of August 31, 2008

|  | Aug 31, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1100 · Fundsweep -B of A | 424,671.62 |
| 1105 · Chase JP Morgan Chase/Bank One | 612,267.44 |
| 1107 · Checking, B of A, 2nd Acct | 221,727.18 |
| 1108 · Bank of America - Bankruptcy | (6.77) |
| 1112 · Eastside Bank - Checking | 155,498.25 |
| 1113 · Eastside Bank - Money Market | 19,683.74 |
| **Total Checking/Savings** | 1,433,841.46 |
| **Accounts Receivable** | |
| 1110 · Accounts Receivable | 265,216.41 |
| **Total Accounts Receivable** | 265,216.41 |
| **Other Current Assets** | |
| 1103 · Undeposited Funds | 150.00 |
| **Total Other Current Assets** | 150.00 |
| **Total Current Assets** | 1,699,207.87 |
| **Fixed Assets** | |
| 1159 · Leasehold improvements - Net | |
| 1159a · Lease Hold Improvement - Cost | 79,506.78 |
| 1159b · Accum Depr - Leasehold improvem | (30,368.02) |
| Total 1159 · Leasehold improvements - Net | 49,138.76 |
| 1160 · Furniture and Fixtures - Net | |
| 1160a · Furniture and Fixtures - Cost | 40,690.25 |
| 1160b · Accum Depr - Furniture and Fixt | (36,852.63) |
| Total 1160 · Furniture and Fixtures - Net | 3,837.62 |
| 1161 · Computers and Equipment - Net | |
| 1161a · Computers and Equipment - Cost | 126,096.04 |
| 1161b · Accum Depr - Computers and Equi | (99,450.70) |
| Total 1161 · Computers and Equipment - Net | 26,645.34 |
| 1162 · Computer Software - Net | |
| 1162a · Computer Software - Cost | 1,001,741.66 |
| 1162b · Accum Depr - Computer Software | (916,717.55) |
| Total 1162 · Computer Software - Net | 85,024.11 |
| **Total Fixed Assets** | 164,645.83 |
| **TOTAL ASSETS** | 1,863,853.70 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 2100 · Pre-Petition payable | 3,726,082.03 |
| 2101 · Accounts Payable | 235,959.74 |
| 2400 · Accruals | 52,217.25 |
| **Total Accounts Payable** | 4,014,259.02 |
| **Credit Cards** | |
| 2207 · Capital One Visa | |
| a3 · Bernice (Bee) - CapitalOne 3180 | 74.85 |
| Total 2207 · Capital One Visa | 74.85 |
| **Total Credit Cards** | 74.85 |
| **Other Current Liabilities** | |
| 2132 · Accrued Comp. - Vacation | 32,110.90 |
| 2500 · Taxes Payable | 15,308.84 |

Case 08-10844-TTG    Doc 98    Filed 10/28/08    Ent. 10/28/08 09:54:06    Pg. 19 of 22

# Gen Con LLC
## Balance Sheet
### As of August 31, 2008

|                                          | Aug 31, 08       |
|------------------------------------------|------------------|
| **Total Other Current Liabilities**      | 47,419.74        |
| **Total Current Liabilities**            | 4,061,753.61     |
| **Total Liabilities**                    | 4,061,753.61     |
| **Equity**                               |                  |
| 3000 · Opening Bal Equity                | 1,067,674.00     |
| 3101 · Paid In Capital                   | 2,489,962.46     |
| 3102 · Paid Out Capital                  | (390,000.00)     |
| 3103 · Owner's Equity                    | (1,576,054.93)   |
| 3150 · Retained Earnings                 | (1,299,234.33)   |
| Net Income                               | (2,490,247.11)   |
| **Total Equity**                         | (2,197,899.91)   |
| **TOTAL LIABILITIES & EQUITY**           | 1,863,853.70     |

Case 08-10844-TTG    Doc 98    Filed 10/28/08    Ent. 10/28/08 09:54:06    Pg. 20 of 22

# Gen Con LLC
# Profit & Loss
## August 2008

| | Aug 08 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4101 · Admissions Revenue | 560,998.50 |
| 4102 · Booth Space Rental | 44,570.00 |
| 4103 · Events Revenues | |
| 4103a · Event Revenue - Tickets | 281,617.77 |
| 4103b · Event Revenue - Reimbursement | (143,019.00) |
| Total 4103 · Events Revenues | 138,598.77 |
| 4104 · Hotel Rebates | 141,362.00 |
| 4106 · Merchandise | 48,423.25 |
| 4107 · Sponsorship Non-Booth Revenues | 264.00 |
| 4109 · Art Show Revenue | |
| 4109a · Art Show Booth Revenue | 295.00 |
| 4109b · Art Show Product Revenue | 104,607.35 |
| 4109c · Art Show Reimbursement | (94,747.87) |
| Total 4109 · Art Show Revenue | 10,154.48 |
| 4110 · Exhibitor Badges | 21,740.00 |
| 4112 · Other Income | 915.09 |
| 4114 · Early Pay Discounts | (1,700.00) |
| 4115 · Author's Avenue Revenue | |
| 4115a · Author's Avenue Booth Revenue | 150.00 |
| 4115b · Author's Avenue Product Revenue | 8,988.54 |
| 4115c · Author's Avenue Reimbursement | (8,089.67) |
| Total 4115 · Author's Avenue Revenue | 1,048.87 |
| **Total Income** | 966,374.96 |
| **Cost of Goods Sold** | |
| 5101 · Standard Cost | 33,013.78 |
| **Total COGS** | 33,013.78 |
| **Gross Profit** | 933,361.18 |
| **Expense** | |
| 6101 · Wages -Sal. | 47,894.75 |
| 6106 · Payroll Taxes | 3,925.74 |
| 6108 · Employee Benefits- Other | 2,411.92 |
| 6150 · Temporary Labor | 43,798.86 |
| 6151 · Contract Labor | 65,358.47 |
| 6201 · Professional Services | 42,548.68 |
| 6202 · Accounting Services | 4,500.00 |
| 6203 · Legal Services | 1,401.35 |
| 6205 · Travel/Meals -Professional Serv | 2,481.00 |
| 6206 · Lodging - Professional Serv | 4,566.34 |
| 6207 · Travel/Meals-Contract Labor | 60,676.00 |
| 6208 · Lodging- Contract Labor | 4,582.38 |
| 6301 · Employee Travel | 1,635.00 |
| 6302 · Employee Lodging | 5,628.32 |
| 6303 · Employee Meals | 4,250.00 |
| 6304 · Entertainment | 745.22 |
| 6404 · Coll/Brouchures/Catalogs | 73,692.61 |
| 6405 · Core Advertising | 872.27 |
| 6406 · Mass Advertising | 21,437.00 |
| 6410 · Market Research | 1,795.00 |
| 6411 · Promotions | 6,500.00 |
| 6420 · Prizes | 2,440.00 |
| 6501 · Office Supplies | 2,521.35 |
| 6503 · Convention Supplies | 25,002.63 |
| 6504 · Registration Supplies | 11,886.72 |
| 6506 · Equipment Rental/Lease | 8,387.95 |
| 6508 · Postage and Misc. Shipping | 6,473.10 |
| 6509 · Telephone and Fax | 1,316.01 |
| 6510 · Convention Center Expenses | 35,216.00 |
| 6511 · Software Licensing Fees | 480.38 |

Case 08-10844-TTG    Doc 98    Filed 10/28/08    Ent. 10/28/08 09:54:06    Pg. 21 of 22

# Gen Con LLC
## Profit & Loss
### August 2008

|  | Aug 08 |
|---|---:|
| 6514 · Storage | 56.70 |
| 6515 · Event Supplies | 1,981.55 |
| 6516 · Convention AV Services | 24,470.38 |
| 6517 · Convention Decorator Services | 88,273.54 |
| 6603 · Cash Over & Short | 3,151.78 |
| 6604 · Bank & Finance Charges | 609.38 |
| 6801 · Building Rental / Lease | 5,041.72 |
| 6806 · Security | 30,758.55 |
| 7161 · Computers & Equip as an expense | 3,700.00 |
| 7500 · Depreciation | 13,713.95 |
| 8008 · Credit card fees | 23,267.67 |
| 8100 · Empl personal charges | |
|     8113 · Culver; Employee Personal | 0.00 |
|     8124 · Creonte; Employee Personal | 100.00 |
| Total 8100 · Empl personal charges | 100.00 |
| 8510 · Indiana tax | 97.59 |
| 9000 · Uncoded payouts | 7,923.58 |
| **Total Expense** | 697,571.44 |
| **Net Ordinary Income** | 235,789.74 |
| Other Income/Expense | |
|   Other Income | |
|     4113 · Interest Income | 636.30 |
|   **Total Other Income** | 636.30 |
| **Net Other Income** | 636.30 |
| **Net Income** | **236,426.04** |

Case 08-10844-TTG    Doc 98    Filed 10/28/08    Ent. 10/28/08 09:54:06    Pg. 22 of 22