UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>GEN CON LLC<br><br>Debtor. | Case No. 08-10844-TTG<br><br>REQUEST FOR SPECIAL NOTICE |

DILLON E. JACKSON of Foster Pepper PLLC, hereby appears herein pursuant to Bankruptcy Rule 9010 and pursuant to Bankruptcy Rule 2002 on behalf of Gen Con Acquisition Group, and requests that copies of all motions, notices and pleadings filed herein be served on the undersigned at the following address:

>  Dillon E. Jackson
>  Foster Pepper PLLC
>  1111 Third Avenue, Suite 3400
>  Seattle, WA  98101-3299
>  Phone: 206) 447-8962
>  Facsimile: (206) 749-1959
>  jackd@foster.com

AND FURTHER asks to be placed upon the Special Notice list as prescribed under Local Bankruptcy Rule 2002-1(c) and Bankruptcy Rule 2002(i).

DATED this 19th day of September, 2008.

FOSTER PEPPER PLLC
 */s/ Dillon E. Jackson*

———————————————————
Dillon E. Jackson, WSBA #1539

REQUEST FOR SPECIAL NOTICE - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50952253.1