UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>GEN CON LLC<br><br>Debtor. | Case No. 08-10844-TTG<br><br>**NOTICE OF TRANSFER OF CLAIM UNDER THE PROVISIONS OF BANKRUPTCY RULE OF PROCEDURE 3001(E)(2)** |

Comes now Gen Con Acquisition Group, LLC ("Transferee") and files this Notice Of Transfer Of Claim Of LGC Associates, LLC ("Transferor"), under the Provisions of Bankruptcy Rule of Procedure 3001(e)(2) ("LGC Associates"), filed on March 18, 2008 in the above referenced bankruptcy case in the amount of $18,940.49, plus post-petition interest fees, costs and charges, by LGC Associates, to the Transferee. A copy of LGC Associates' Proof of Claim is attached hereto as Exhibit A.

Pursuant to Bankruptcy Rule and Procedure 3001(e), attached hereto as Exhibit B, is the Assignment of Claim Document as to LGC Associates' claim in this matter which evidences the transfer of LGC Associates' secured Proof of Claim to the Transferee.

NOTICE OF TRANSFER OF CLAIM- 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

50958101.1

Case 08-10844-TTG    Doc 122    Filed 12/30/08    Ent. 12/30/08 11:11:35    Pg. 1 of 7

WHEREFORE, the Transferee requests that the Clerk for the United States Bankruptcy Court for the Western District of Washington notify LGC Associates at the address listed on the original Proof of Claim of this Notice of Transfer and grant LGC Associates twenty (20) days to file any objection to the proposed transfer as provided by Bankruptcy Rule and Procedure 3001(e).

DATED this 30th day of December, 2008.

FOSTER PEPPER PLLC

*s/ Dillon E. Jackson*

Dillon E. Jackson, WSBA #1539
Attorneys for Creditor
GEN CON ACQUISITION GROUP, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF System this the 30th day of December, 2008.

*s/ Dillon E. Jackson*

COUNSEL TO GEN CON ACQUISITION GROUP, LLC

NOTICE OF TRANSFER OF CLAIM- 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

50958101.1

Case 08-10844-TTG    Doc 122    Filed 12/30/08    Ent. 12/30/08 11:11:35    Pg. 2 of 7

# EXHIBIT A

| B10 (Official Form 10) (12/07) | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON | | PROOF OF CLAIM |
| Name of Debtor: GEN CON, LLC | | Case Number: 08-10844-TTG |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
LGC ASSOCIATES, LLC

Name and address where notices should be sent:
GEORGE LESSMEISTER
13295 ILLINOIS ST. #202
CARMEL, IN 46032

Telephone number: (317) 569-0018

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

FILED
U.S. Bankruptcy Court
Western District of Washington
MAR 18 2008
MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 18,940.49

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** SERVICES PERFORMED
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 9066

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: 3-14-08

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature: George A. Lessmeister]

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: )
) BANKRUPTCY NO. 08-10844-TTG
GEN CON, LLC )
)
DEBTOR )
)

## ASSIGNMENT OF CLAIM

LGC Associates, LLC ("LGC Associates") ("Assignor") hereby assigns to Gen Con Acquisition Group, LLC ("Assignee") all of its rights, title and interest in and to that certain claim and any amendments thereto, undisputed and liquidated in the amount of $18,940.49 against Gen Con, LLC in this bankruptcy case ("Debtor"). This assignment shall be without recourse, representation, or warranty of whatever type, including but not limited to Debtor's ability to pay the claim.

This Assignment of Claim may be delivered by facsimile or email and shall be binding to the same extent as an original.

IN WITNESS WHEREOF, Assignor hereby executes this Assignment of Claim.

LGC Associates LLC
By: [signature]
Title: MGR. OF LLC
Date: 12-29-2008

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

LINDA BOWMAN
Marion County
My Commission Expires
October 1, 2014

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me this 29th day of December, 2008, by LGC Associates, LLC

My Commission Expires: 10/1/2014

*[signature]*
Notary Public

IN WITNESS WHEREOF, Assignee hereby executes this Assignment of Claim.

Gen Con Acquisition Group, LLC

By: C.R. "Chip" Bowles
Title: Attorney in Fact of Gen Con Acquisition Group LLC as its Counsel
Date: 12/29/2008

~~STATE OF WASHINGTON~~ Commonwealth Kentucky )
) ss.
COUNTY OF Jefferson )

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me this 29th day of December, 2008, by Gen Con Acquisition Group, LLC.

My Commission Expires: June 29, 2010

*[signature]* Susan Mays
Notary Public

2