# CLASS 3

CROCKER KUNO

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEC 2 3 2008

Received

In re

GEN CON LLC,

Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.  The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☒ Class 3 (Allowed Unsecured Claims) in the amount of $ 2,133.41 _____ Acct.XXXXXXXXXXX1003

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2.  hereby:

☒ ACCEPTS          ☐ REJECTS          the Plan of Reorganization.

DATED: __12/16/08__

_____
(Signature)

NAME:_ Kenneth W. Kleppinger

COMPANY: American Express Travel Related Services Company, Inc,
(Print Name)
ADDRESS:_ c/o Becket & Lee LLP, PO Box 3001 _____

__16 General Warren Blvd., Malvern PA  19355__

Return this Ballot on or before December 30, 2008, at 5:00 p.m. to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA  98101
Fax (206) 624-8598

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEAT

In re                                                    No. 08-10844-TTG

GEN CON LLC,                                   BALLOT FOR ACCEPTING OR REJECTING
                                                              DEBTOR'S PLAN OF REORGANIZATION
                    Debtor.

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

### BALLOT

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.   The undersigned, holder of a:

☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

☒ Class 3 (Allowed Unsecured Claims) in the amount of $ _13,263.03_

☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

☐ Class 5 (Equity Interests) in the amount of $_____

2.   hereby:

☒ ACCEPTS       ☐ REJECTS       the Plan of Reorganization.

DATED: _12/19/08_                           _____(Signature)_____

NAME: _Nancy A. Decious_

COMPANY: _Anaheim/Orange County Visitor & Convention Bureau_
                    (Print Name)

ADDRESS: _800 W. Katella Ave_

_P.O. Box 4270, Anaheim, CA_
                                                                _92803_

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1855
P) 206-624-9894
F) 206-624-8598

*Capitol Imp*

# CROCKER KUNO

## DEC 2 3 2008

## Received

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re                                    No. 08-10844-TTG

GEN CON LLC,                             BALLOT FOR ACCEPTING OR REJECTING
                                         DEBTOR'S PLAN OF REORGANIZATION
                    Debtor.

       The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

---

### BALLOT

Holders of ALL CLAIMS must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.  The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☑ Class 3 (Allowed Unsecured Claims) in the amount of $ 51,356.68

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2.  hereby:

☑ ACCEPTS          ☐ REJECTS          the Plan of Reorganization.

DATED: _12-19-08_          _Augustus Levengood_ (Signature)

       A          NAME: _Augustus Levengood_

                           (Print Name)

                         COMPANY: _Capitol Improvement Board_

                         ADDRESS: _100 South Capitol Avenue_

                                    _Indianapolis, IN 46225_

---

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
Fax (206) 624-8598

BALLOT     20,000.00
        + 31,356.68
         51,356.68

CROCKER KUNO
720 Olive Way, Suite 1000
Seattle, WA 98101-1759
206-624-9894
206-624-8598

CROCKER KUNO

DEC 2 3 2008

Received

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re                                              No. 08-10844-TTG

GEN CON LLC,                                        BALLOT FOR ACCEPTING OR REJECTING
                                                   DEBTOR'S PLAN OF REORGANIZATION
                            Debtor.

        The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by
the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or
equity security holders in each class. In the event the requisite acceptances are not obtained, the Court
may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and
equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b).
To have your vote count, you must complete and return this ballot.

---

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this
page and return the ballot before December 30, 2008:

   1.   The undersigned, holder of a:

        ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

        ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

        ☒ Class 3 (Allowed Unsecured Claims) in the amount of $ *30,035* —

        ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

        ☐ Class 5 (Equity Interests) in the amount of $_____

   2.   hereby:

   ☒ ACCEPTS          ☐ REJECTS       the Plan of Reorganization.

---

DATED: *12/18/08*

                                      _____
                                            (Signature)
                            NAME: *Steve Thompson*

                            COMPANY: *Convention Management Resources*
                                            (Print Name)
                            ADDRESS: *33 New Montgomery Ste 1420*
                            *San Francisco CA 94105*

---

**Return this Ballot on or before December 30, 2008, at 5:00 p.m. to**
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1883
P) 206-624-9894
F) 206-624-8598

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

                        Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

        The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of ALL CLAIMS must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.  The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☑ Class 3 (Allowed Unsecured Claims) in the amount of $432,555_____

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2.  hereby:

☑ ACCEPTS          ☐ REJECTS      the Plan of Reorganization.

DATED: 9 December 2008          _____
                                              (Signature)
NAME: Martin R. Trueb

COMPANY: Hasbro, Inc.
                    (Print Name)
ADDRESS: 200 Narragansett Park Drive
              Pawtucket, RI  02862

Return this Ballot on or before December 30, 2008, at 5:00 p.m. to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA  98101
Fax (206) 624-8598

BALLOT

CROCKER KUNO
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

---

**BALLOT**

Holders of ALL CLAIMS must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1. The undersigned, holder of a:

   ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

   ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

   ☒ Class 3 (Allowed Unsecured Claims) in the amount of $ 547,671.23

   ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

   ☐ Class 5 (Equity Interests) in the amount of $_____

2. hereby:

☒ ACCEPTS          ☐ REJECTS          the Plan of Reorganization.

DATED: 12/8/08

NAME: JOHN W. JORDAN
(Signature)

COMPANY:_____
(Print Name)

ADDRESS: 1122 E. PIKE ST. #692

SEATTLE, WA 98122

---

Return this Ballot on or before December 30, 2008, at 5:00 p.m. to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
Fax (206) 624-8598

---

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEC 1 6 2008

**Received**

In re

No. 08-10844-TTG

GEN CON LLC,

Debtor.

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

## BALLOT

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.  The undersigned, holder of a:

    ☒ ~~Class 1~~ (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☐ Class 3 (Allowed Unsecured Claims) in the amount of $_____

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2.  hereby:

    ☒ ACCEPTS     ☐ REJECTS     the Plan of Reorganization.

DATED: 12-9-08

(Signature)

NAME: GEORGE LESEMEISTER

COMPANY: LGC ASSOCIATES, LLC
(Print Name)

ADDRESS: 13295 ILLINOIS STREET, #202
CARMEL, IN 46032

---

Return this Ballot on or before <u>December 30, 2008, at 5:00 p.m.</u> to
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

In re                                          No.  08-10844-TTG

GEN CON LLC,                                   BALLOT FOR ACCEPTING OR REJECTING
                                               DEBTOR'S PLAN OF REORGANIZATION
                        Debtor.

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan.  "Fair and equitable" is defined in 11 U.S.C. § 1129(b).  To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.   The undersigned, holder of a:

☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

☒ Class 3 (Allowed Unsecured Claims) in the amount of $ _18,940.49_

☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

☐ Class 5 (Equity Interests) in the amount of $_____

2.   hereby:

☐ ACCEPTS         ☒ REJECTS      the Plan of Reorganization.

DATED: _12/30/08_

NAME: _Dillon E Jackson, Attorney for claim holder_ (Signature)

COMPANY: _Assignee of LGC Associates LLC_ (Print Name)

ADDRESS: _c/o Dillon E Jackson_
_Ste 3400  1111 3rd Ave_
_Seattle, WA 98101_

Return this Ballot on or before December 30, 2008, at 5:00 p.m. to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA  98101
Fax (206) 624-8598

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

**CROCKER KUNO**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re                                                    No.  08-10844-TTG

GEN CON LLC,                                    BALLOT FOR ACCEPTING OR REJECTING
                                                          DEBTOR'S PLAN OF REORGANIZATION
                              Debtor.

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan.  "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.    The undersigned, holder of a:

☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

☑ Class 3 (Allowed Unsecured Claims) in the amount of $ *148,342.50*

☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

☐ Class 5 (Equity Interests) in the amount of $_____

2.    hereby:

☑ ACCEPTS          ☐ REJECTS        the Plan of Reorganization.

DATED: *Dec 15, 2008*

NAME: *Poucia Abbassi*
_____
(Signature)

COMPANY: *Los Angeles Convention Center*
(Print Name)

ADDRESS: *1201 S. Figueroa St*
*Los Angeles, Ca 90015*

Return this Ballot on or before December 30, 2008, at 5:00 p.m. to
Mr. Chris Dale
**CROCKER KUNO PLLC**
720 Olive Way, Suite 1000, Seattle, WA  98101
Fax (206) 624-8598

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101-1853
P) 206-624-9894
F) 206-624-8598

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

No. 08-10844-TTG

GEN CON LLC,

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

Debtor.

       The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

## BALLOT

Holders of **ALL CLAIMS** must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1. The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☒ Class 3 (Allowed Unsecured Claims) in the amount of $ 415,623.56

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2. hereby:

☐ ACCEPTS    ☒ REJECTS    the Plan of Reorganization.

DATED: 12/29/08

NAME: David M. Given, Attorney for
*(Signature)*

COMPANY: LUCASFILM, LTD.
*(Print Name)*

ADDRESS: 50 California Street, 35th Fl.
San Francisco, CA 94111

---

**Return this Ballot on or before December 30, 2008, at 5:00 p.m. to**
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO ...
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1860
P) 206-624-9894
F) 206-624-8598

CROCKER KUNO

DEC 1 1 2008

Received

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

                          Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of ALL CLAIMS must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.   The undersigned, holder of a:

☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

☒ Class 3 (Allowed Unsecured Claims) in the amount of $ _11,347.00_

☐ Class 4 (Allowed Subordinated Claims, Insider Claims.) in the amount of $_____

☐ Class 5 (Equity Interests) in the amount of $_____

2.   hereby:

☒ ACCEPTS          ☐ REJECTS          the Plan of Reorganization.

DATED:  _12/10/08_

NAME: _I. Ocana_ (Signature)

COMPANY: _Reaction Audio Visual, LLC_
          (Print Name)

ADDRESS: _9951 Muirlands Blvd._

          _Irvine, CA 92618_

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
Fax (206) 624-5595

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1848
P) 206-624-9894
F) 206-624-5595

*The Biltmore*

# CROCKER KUNO

DEC 1 6 2008

**Received**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re                                        No. 08-10844-TTG

GEN CON LLC,                                 BALLOT FOR ACCEPTING OR REJECTING
                                             DEBTOR'S PLAN OF REORGANIZATION
                    Debtor.

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.   The undersigned, holder of a:

☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

☑ Class 3 (Allowed Unsecured Claims) in the amount of $ _138,623.85_

☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

☐ Class 5 (Equity Interests) in the amount of $_____

2.   hereby:

☑ ACCEPTS          ☐ REJECTS      the Plan of Reorganization.

DATED: _12/11/08_

NAME: _JAMAL ZOUKARI_
(Signature)

COMPANY: _THE BILTMORE HOTEL_
(Print Name)

ADDRESS: _506 S. GRAND AVE._
_LOS ANGELES, CA 90071_

---

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

Case 08-10844-TTG   Doc 139-2   Filed 01/06/09   Ent. 01/06/09 17:28:56   Pg. 13 of 21

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

---

**BALLOT**

Holders of ALL CLAIMS must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.  The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☒ Class 3 (Allowed Unsecured Claims) in the amount of $ *218,769.32*

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2.  hereby:

☒ ACCEPTS          ☐ REJECTS        the Plan of Reorganization.

DATED: *12/8/2008*

*Tom Des Brisay*
(Signature)

NAME: *Tom Des Brisay*

COMPANY:_____
(Print Name)

ADDRESS: *1716 Victoria Ave SW*

*Seattle WA 98126*

---

Return this Ballot on or before December 30, 2008, at 6:00 p.m. to
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

---

BALLOT

**CROCKER KUNO**

DEC 2 3 2008

Received

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re                                                     No. 08-10844-TTG

GEN CON LLC,                                  BALLOT FOR ACCEPTING OR REJECTING
                                             DEBTOR'S PLAN OF REORGANIZATION
                        Debtor.

        The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by
the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or
equity security holders in each class. In the event the requisite acceptances are not obtained, the Court
may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and
equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b).
To have your vote count, you must complete and return this ballot.

---

**BALLOT**

Holders of ALL CLAIMS must complete both sections of the ballot and the signature block on the back of this
page and return the ballot before December 30, 2008:

1.    The undersigned, holder of a:

      ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____.

      ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

      ☒ Class 3 (Allowed Unsecured Claims) in the amount of $ 22,710.53

      ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

      ☐ Class 5 (Equity Interests) in the amount of $_____

2.    hereby:

☒ ACCEPTS          ☐ REJECTS      the Plan of Reorganization.

---

DATED: 12.16.08                    _Kristen Herberg_
                                              (Signature)
                          NAME: _Kristen Harberg_

                          COMPANY: _Onion, Inc._
                                          (Print Name)
                          ADDRESS: _212 W Superior St Suite200_
                                   _Chicago, Il 60654_

---

Return this Ballot on or before December 30, 2008, at 5:00 p.m. to
Mr. Chris Dale
CROCKER KUNO PLLC
720 Olive Way, Suite 1000, Seattle, WA 98101
Fax (206) 624-8698

BALLOT

CROCKER KUNO
720 Olive Way, Suite 1000
Seattle, WA 98101 · 1059
P) 206-624-9894
F) 206-624-8698

# CLASS 4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEC 2 3 2008

Received

In re

GEN CON LLC,

Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

     The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.   The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☐ Class 3 (Allowed Unsecured Claims) in the amount of $_____

    ☒ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☐ Class 5 (Equity Interests) in the amount of $_____

2.   hereby:

☒ ACCEPTS    ☐ REJECTS    the Plan of Reorganization.

DATED: 12/19/08

                              (Signature)

NAME: Peter D Adkison

COMPANY: Hidden City Games
                     (Print Name)
ADDRESS: 120 Lakeside Ave #230
Seattle WA 98122

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
Mr. Chris Dale
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA 98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

*Peter Adkison*

CROCKER KUNO

CROCKER KUNO

DEC 2 3 2008
Received

DEC ... ...
Received

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

### BALLOT

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1. The undersigned, holder of a:

   ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

   ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

   ☐ Class 3 (Allowed Unsecured Claims) in the amount of $_____

   ☒ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

   ☐ Class 5 (Equity Interests) in the amount of $_____

2. hereby:

   ☒ ACCEPTS   ☐ REJECTS   the Plan of Reorganization.

DATED: 12/19/08

_____ (Signature)

NAME: *Peter D Adkison*

COMPANY: *As An Individual* (Print Name)

ADDRESS: *120 Lakeside Ave #300*

*Seattle WA 98122*

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
**Mr. Chris Dale**
**CROCKER KUNO PLLC**
**720 Olive Way, Suite 1000, Seattle, WA  98101**
**Fax (206) 624-8598**

BALLOT

CROCKER KUNO ...
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1863
P) 206-624-9894
F) 206-624-8598

# LATE FILED BALLOTS

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete **both** sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1.  The undersigned, holder of a:

    ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

    ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

    ☐ Class 3 (Allowed Unsecured Claims) in the amount of $_____

    ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

    ☒ Class 5 (Equity Interests) in the amount of $ _50 %_____

2.  hereby:

☒ ACCEPTS    ☐ REJECTS    the Plan of Reorganization,

DATED: _1/5/09_____

_(Signature)_

NAME: _Peter D Adkison_
_(Print Name)_

COMPANY: _As An Individual_

ADDRESS: _2922 Western Ave #732_
_Seattle WA 98121_

---

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
Mr. Chris Dale
**CROCKER KUNO PLLC**
720 Olive Way, Suite 1000, Seattle, WA 98101
Fax (206) 624-8598

BALLOT

CROCKER KUNO ...
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

GEN CON LLC,

                    Debtor.

No. 08-10844-TTG

BALLOT FOR ACCEPTING OR REJECTING
DEBTOR'S PLAN OF REORGANIZATION

The Plan of Reorganization filed by Gen Con LLC can be confirmed by the Court if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of the holders of claims or equity security holders in each class. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan of Reorganization if the Court finds that the Plan accords "fair and equitable" treatment to the Class rejecting the Plan. "Fair and equitable" is defined in 11 U.S.C. § 1129(b). To have your vote count, you must complete and return this ballot.

**BALLOT**

Holders of **ALL CLAIMS** must complete both sections of the ballot and the signature block on the back of this page and return the ballot before December 30, 2008:

1. The undersigned, holder of a:

   ☐ Class 1 (Allowed priority non-tax claim) in the amount of $_____

   ☐ Class 2 (Allowed Unsecured Claim under $1,000) in the amount of $_____

   ☐ Class 3 (Allowed Unsecured Claims) in the amount of $_____

   ☐ Class 4 (Allowed Subordinated Claims. Insider Claims.) in the amount of $_____

   ☐ Class 5 (Equity Interests) in the amount of $ _50_% _____

2. hereby:

   ☒ ACCEPTS          ☐ REJECTS          the Plan of Reorganization.

DATED: _1·5·09_

_Melissa_
(Signature)

NAME: _Melissa Reis_

COMPANY: _Gen Con LLC_
(Print Name)

ADDRESS: _120 Lakeside Ave #180_
_Seattle, WA 98120_

Return this Ballot on or before **December 30, 2008, at 5:00 p.m.** to
Mr. Chris Dale
**CROCKER KUNO PLLC**
720 Olive Way, Suite 1000, Seattle, WA 98101
Fax (206) 624-8598

BALLOT

CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101 - 1853
P) 206-624-9894
F) 206-624-8598